EDC.002–830sA    Summons and Notice of Status Conference in an Adversary Proceeding (v.11.21)    USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California, Modesto Division

### SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

| | |
|---|---|
| In re<br>John Hst Yap and Irene Laiwah Loke<br><br>Debtor(s). | **Bankruptcy Case No.**<br>20–90210 – E |
| John Hst Yap<br>et al.<br><br>Plaintiff(s),<br><br>v.<br>PNC Financial Services Group, Inc.<br>et al.<br><br>Defendant(s). | **Adversary Proceeding No.**<br>21–09016 – E<br><br>**DCN:** CAE–1* |

**YOU ARE SUMMONED** and required to file a written motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court, by mail to the Sacramento Division Office located at Robert T. Matsui United States Courthouse, 501 I Street, Suite 3–200, Sacramento, CA 95814, or in person at 1200 I Street, Suite 200, Modesto, California, within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days.

Plaintiff and a defendant may stipulate to only one extension of time for that defendant to file an answer or motion in response to the complaint, and such stipulation shall: (1) be in writing; (2) be filed with the Court; (3) be for a period not greater than 30 days from the original time above to respond to the complaint. All further extensions must be by order of the Court.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or if the plaintiff is not represented by an attorney, upon the plaintiff) whose name and address is:

| Name and Address of Plaintiff's Attorney: | Arasto Farsad<br>1625 The Alameda, Suite 525<br>San Jose, CA 95126 |
|---|---|

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**YOU ARE NOTIFIED** that a status conference in this adversary proceeding will be held as follows:

| Date and Time: | 2/17/22 at 02:00 PM |
|---|---|
| Address: | United States Bankruptcy Court<br>Modesto Courtroom, Department E<br>1200 I Street, Suite 200, 2nd Floor<br>Modesto, CA |
| Hearing Judge: | Hon. Ronald H. Sargis |

Attorneys of record in the adversary proceeding and unrepresented parties must attend the status conference. You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least 24 hours prior to the status conference.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR DEFAULT MAY BE ENTERED AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**The summons and complaint must be served 7 days after the summons is issued. Service is complete upon mailing, not upon delivery by the Postal Service. If more than 7 days pass before service is completed, plaintiff(s) must request that the court issue a new summons for service. See Fed. R. Bankr. P. 7004(e) and 9006 (e).**

Date of Issuance:    12/13/21



s/ Wayne Blackwelder, Clerk

* (Docket Control number CAE–1 must be used on all status conference reports, and for original and continued hearings in this case.)

EDC 2−830sA (v.11.21) (Continued)

| | |
|---|---|
| In re<br><br>John Hst Yap and Irene Laiwah Loke<br><br>                                    Debtor(s). | **Bankruptcy Case No.**<br><br>20−90210 − E |
| John Hst Yap<br>Irene Laiwah Loke<br><br>                                    Plaintiff(s),<br><br>v.<br>PNC Financial Services Group, Inc.<br>Dreambuilder Investments, LLC<br><br>                                  Defendant(s). | **Adversary Proceeding No.**<br><br>21−09016 − E<br><br>**DCN:** CAE−1* |

\* **(Docket Control number CAE−1 must be used on all status conference reports, and for original and continued hearings in this case.)**

EDC 2−830sA (v.11.21)   (Continued)

| | |
|---|---|
| In re<br>John Hst Yap and Irene Laiwah Loke<br>                                      Debtor(s). | **Bankruptcy Case No.**<br>20−90210 − E |
| John Hst Yap<br>et al.<br>                                      Plaintiff(s),<br>v.<br>PNC Financial Services Group, Inc.<br>et al.<br>                                      Defendant(s). | **Adversary Proceeding No.**<br>21−09016 − E<br>**DCN:** CAE−1* |

**CERTIFICATION OF SERVICE OF SUMMONS AND NOTICE OF STATUS CONFERENCE AND COMPLAINT**

I, the undersigned, certify that I am, and at all times hereinafter mentioned was, not less than 18 years of age and not a party to the above−captioned matter. I further certify that service of the attached Summons and Notice of Status Conference in an Adversary Proceeding and a copy of the complaint was made on _____, by:

___ MAIL SERVICE: Regular, first class United States mail, postage fully pre−paid, addressed to:

___ PERSONAL SERVICE: By leaving the process with defendant or with an officer or agent of defendant at:

___ RESIDENCE SERVICE: By leaving the process with the following adult at:

___ PUBLICATION: The defendant was served as follows [describe briefly]:

___ STATE LAW: The defendant was served pursuant to the laws of _____, as follows [describe briefly]:

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                               Signature

Print Name: _____

Business Address: _____

City, State, Zip: _____

* **(Docket Control number CAE−1 must be used on all status conference reports, and for original and continued hearings in this case.)**

EDC 2−830sA (v.11.21)  (Continued)

| | |
|---|---|
| In re<br><br>John Hst Yap and Irene Laiwah Loke<br><br>                                                Debtor(s). | **Bankruptcy Case No.**<br><br>20−90210 − E − 11 |
| John Hst Yap<br>Irene Laiwah Loke<br><br>                                                Plaintiff(s),<br><br>v.<br>PNC Financial Services Group, Inc.<br>Dreambuilder Investments, LLC<br><br>                                                Defendant(s). | **Adversary Proceeding No.**<br><br>21−09016 − E<br><br>**DCN:** CAE−1* |

 * **(Docket Control number CAE−1 must be used on all status conference reports, and for original and continued hearings in this case.)**