ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
FARSAD LAW OFFICE, P.C.
1625 The Alameda, Suite 525
San Jose, CA 95126
Telephone: 408-641-9966
Fax: 408-866-7334
Emails: FarsadLaw1@gmail.com
nancy@farsadlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## MODESTO DIVISION

In re:

JOHN HST YAP AND
IRENE LAIWAH LOKE,

Debtors.

_____

JOHN HST YAP et al.,

Plaintiff(s),

v.

PNC FINANCIAL SERVICES GROUP, INC., et al.

Defendant(s).

Case No. 20-90210
Chapter 11

AP Case No. 21-09016

**PROOF OF SERVICE**

I am NOT a party to the within action; my business address is FARSAD LAW OFFICE, P.C., 1625 The Alameda, Suite 525, San Jose, CA 95126. On **December 17, 2021**, I served the interested parties listed below with the documents described as follows:

1.  **PLAINTIFFS' COMPLAINT TO DETERMINE VALUE AND EXTENT OF LIEN (NO MONETARY RECOVERY SOUGHT);**
2.  **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY**

PROCEEDING; and

3. ORDER TO CONFER ON INITIAL DISCLOSURES AND SETTING DEADLINES.

**BY USPS CERTIFIED MAIL *AND* FIRST CLASS USPS MAIL AS WELL:** By placing true copies thereof enclosed in a sealed envelope addressed to:

National City Bank / PNC
Attn: William S. Demchak, President
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222-2707

The PNC Financial Services Group, Inc.
Attn: William S. Demchak, President
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222-2707

Dreambuilder Investments, LLC
Attn: CEO
30 Wall Street, 6th Floor
New York, NY 10005

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: *All CM/ECF registered participants.*

I declare under penalty of perjury that the above statements are true and accurate.

Executed on **December 17, 2021**, at **San Jose**, California.

*/s/ Arasto Farsad*
Arasto Farsad